GREGORY ANTOLLINO
ATTORNEY AT LAW
1123 BROADWAY, SUITE 902
NEW YORK, NEW YORK 10010
TEL (212) 334-7397   FAX (212) 334-7399

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 21 2006 ★

BROOKLYN OFFICE

D-7

March 17, 2006

Magistrate Robert M. Levy
US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*The discovery deadline is extended to a date to be set at the April 4, 2006 Conference.*

*SO ORDERED.*

*s/Robert Levy*

*3/17/06*

RE: Attard v. Board of Education of New York City, 05 cv 2129

Dear Judge Levy:

In response to Jason Bogni's letter of March 17, 2006, plaintiff agrees that discovery needs to be extended, however, given all this is outstanding to plaintiff and in dispute, and realistically considering how long it will take the City to produce it, we will need much more time than April 30. Essentially plaintiff is at where she should have been in August. I am not placing the blame anywhere, but realisticallty more time is required. I request that no decision be made about discovery deadlines until the conference of April 4.

Sincerely,

Gregory Antollino

Cc: Jason Bogni

*MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT*